E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2113-GHK(AGRx) | Date | JULY 25, 2012 |
|---|---|---|---|
| Title | MARGARITA REYES vs. AMERICAN EXPRESS COMPANY | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (NONE) | (NONE) |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

      On April 17, 2012, we issued our Order Setting Scheduling Conference (OSSC) in which we, among other things, directed the parties to comply with certain requirements in advance of the scheduling conference. On June 4, 2012, defendant's counsel filed a declaration explaining that plaintiff had failed to respond to his various requests to meet and confer as required by our OSSC. As a result, defendant filed a unilateral Report of Parties' Planning Meeting. To date, plaintiff has failed to file any Report of Planning Meeting, nor has she complied with our OSSC. Rather, it appears that she has abandoned this action.

      Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing within **14 days** hereof, why this action should not be dismissed for her failure to diligently prosecute and for her failure to comply with our OSSC. Failure to timely and adequately show cause as required herein shall be deemed plaintiff's abandonment of this action. In that event, this action will be dismissed for plaintiff's failure to diligently prosecute, and for her failure to comply with our orders.

      **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |