FILED: 11/20/12

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Margarita Reyes*, | CASE NO. CV 12-2113-GHK (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *American Express Company*, | |
| Defendant. | |

Pursuant to the Court's November 20, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Margarita Reyes's claims against Defendant American Express Company are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: November 20, 2012

_____
GEORGE H. KING
Chief United States District Judge