FILED: 11/20/12
JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Margarita Reyes*,

       **Plaintiff,**

       v.

*American Express Company*,

       **Defendant.**

CASE NO. CV 12-2113-GHK (AGRx)

JUDGMENT

Pursuant to the Court's November 20, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Margarita Reyes's claims against Defendant American Express Company are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: November 20, 2012

_____
GEORGE H. KING
Chief United States District Judge